

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-19-2010

# Single Empl Welfare Benefit Pl v. Datalink Elec Inc

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-2312

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Single Empl Welfare Benefit Pl v. Datalink Elec Inc" (2010). *2010 Decisions.* Paper 1488.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1488

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 25, 2010

No. 09-2312

SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST,

Appellant

v.

DATALINK ELECTRONICS, INC; YOSSI LEV;
DAVID R. NESTE; GENERAL AMERICAN LIFE INSURANCE
COMPANY; SIMON SINGER; JEFFREY L. DAVIDSON

(E.D. Pa No. 2-09-cv-00377)

Present: SCIRICA, Chief Judge, and CHAGARES, Circuit Judges, and RODRIGUEZ\*, District Judge.

Motion by Appellees for Clarification of the Opinion of the Court
of March 24, 2010.

/s/Caitlyn J. Gillie
Case Manager (267)299-4956

Response due 04/05/10

**O R D E R**

The foregoing motion by appellees for clarification of the opinion of the Court of March 24, 2010, construed by the Court as a motion to amend the Court's opinion, is granted. The Opinion of the Court filed March 24, 2010, is amended as follows:

Page 2, line 18, first sentence that reads:
> "The Trust is a multiple employer welfare benefit plan trust administered in Pennsylvania to fund death benefits to employers throughout the United States."

shall read:
> "The Complaint also alleges that the Trust is a multiple employer welfare benefit plan trust administered in Pennsylvania to fund death benefits to employers throughout the United States."

By the Court,

/s/ Joseph H. Rodriguez
District Judge

DATED: April 19, 2010

_____

\*The Honorable Joseph H. Rodriguez, Senior United States District Judge for the District of New Jersey, sitting by designation.